IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Mario Catanio,** | Case No. C 06-03068 JW |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **Anthony Kane, Acting Warden, ,** | |
| Respondent. | |

This Court considered Respondent's Request for a Second Extension of Time to File an Initial Response, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for a Second Extension of Time to File an Initial Response is **GRANTED**; Respondent shall file an initial response by **October 17, 2006.** If Petitioner wishes to respond to the initial response, he shall file his response with the court and serve it upon Respondent within 45 days of his receipt of the initial response.

Dated: 10/18/2006  _____
JAMES WARE
United States District Judge

[~~Proposed~~] Order

1