STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
MARIO CATANIO



GRANTED
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| In re | CASE NO. C06-03068 JW |
| MARIO CATANIO, | ***APPLICATION TO SET BRIEFING SCHEDULE RE MOTION TO DISMISS*** |
| Petitioner, | |
| v. | |
| ANTHONY KANE, | |
| Respondent. | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, MARIO CATANIO, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On July 12, 2006, this Court issued an order for Respondent to file an Answer to the Court's Order as to why the Petition for Writ of Habeas Corpus should not be granted. Respondent then obtained an extension to October 17, 2006 to file an answer.

Instead, the Respondent filed a Motion to Dismiss. For some reason, I did not receive email notification of that filing, and although Petitioner does oppose the motion, no opposition has been filed, as I was unaware that the motion was even on file. It was only yesterday that I discovered the motion to dismiss had been filed, when I was attempting to determine why respondent had not filed an answer. There is no hearing date set and of course, no briefing schedule has been issued.

4. In light of these circumstances, Petitioner ask that this Court set a briefing schedule setting forty five (45)days from today as the date on which to file Petitioner's Opposition to Respondent's Motion to Dismiss. Petitioner will need this time to address the issues in the motion, in addition to my heavy writ case load. I have five (5) writs (2 federal and three state), a 9th Circuit reply brief, and two informal replies being filed by next week. I then leave on an out of country vacation with my children on December 15, and will not be back at work until January 2, 2007. Thus, I am asking for a January 19, 2007 due date for the opposition.

5. Accordingly, Petitioner respectfully asks this Court to set a briefing schedule making the opposition due on or before January 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct, executed this 5th day of December, 2006 in the City of San Jose, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
MARIO CATANIO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

In re

MARIO CATANIO,

    Petitioner,

v.

ANTHONY KANE,

    Respondent.
_____/

CASE NO. C06-03068 JW

***ORDER RE BRIEFING SCHEDULE
ON MOTION TO DISMISS***

    Petitioner MARIO CATANIO having duly requested that this Court issue a Briefing Schedule, IT IS HEREBY ORDERED that Petitioner shall file his Opposition to Respondent's Motion to Dismiss, on or before January 19, 2007, and respondent's reply if any shall be filed on or before February 2, 2007.

Dated: December 6, 2006

                                                      The Hon. James Ware
                                                      United States District Chief Judge