IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mario Catanio, | NO. C 06-03068 JW |
|     Petitioner, | **ORDER RE: PETITIONER'S LETTERS** |
| v. | |
| Anthony Kane, Acting Warden, | |
|     Respondent. | |

The Court is in receipt of three letters from Petitioner regarding the status of his case and for a copy of the order dismissing his Petition for Writ of Habeas Corpus. (See Docket Item Nos. 20, 21, 22.) Since Petitioner was represented by counsel, the Order was sent to Petitioner's counsel by the way of electronic filing on March 20, 2007. (See Docket Item No. 19.) In light of Petitioner's disposition, the Court is sending Petitioner a courtesy copy as requested. However, Petitioner shall direct future inquires regarding the status of his case to his counsel.

Dated: January 4, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Denise Alayne Yates denise.yates@doj.ca.gov
Steve M. Defilippis flipsmd2005@yahoo.com

Mario Catanio
C-77711
Avenal State Prison
P. O. box 9
Avenal, Ca 93204

**Dated: January 4, 2008**  **Richard W. Wieking, Clerk**

By:    **/s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California